IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLEN M. JONES,<br><br>        Defendant. | 4:12CR3032<br><br>**MEMORANDUM AND ORDER** |

The defendant has orally moved to continue the suppression hearing stating that he currently has a case in Lancaster County Court that has been called for a jury trial on August 6, 2012. The government does not oppose this motion. Accordingly,

IT IS ORDERED:

1) The defendant's motion to continue (filing no. 37) is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 24, will be held before the undersigned magistrate judge on August 21, 2012, at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) The defendant, defense counsel, and counsel for the government shall be present at this hearing.

4) Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

August 1, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge